UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RAJ K. PATEL,

Plaintiff,

v.

MICROSOFT CORPORATION ,

Defendant.

CASE NO. 2:24-cv-00130-JHC

ORDER

This matter comes before the Court on pro se Plaintiff's Motion to Re-Instate Complaint. Dkt. # 42.  Plaintiff's motion seeks reinstatement of a complaint that was voluntarily withdrawn by Plaintiff on April 27, 2024.  *See generally id*.; *see also* Dkt. # 40.  But once a complaint is withdrawn and a civil case is terminated, a plaintiff is typically required to reinitiate their claims by filing a new complaint in a new case.  *See Elgen Mfg. Co., Inc. v. Mac Arthur Co*., 2024 WL 3875789, at \*4 (N.D. Cal. Aug. 16, 2024) (collecting cases).  And courts regularly deny motions to reopen cases and/or reinstate complaints where, like here, the plaintiff's initial complaint was dismissed without prejudice based on the plaintiff's decision to withdraw.  *See id*.  Accordingly, this case shall remain closed, and Plaintiff's Motion to Re-Instate Complaint (Dkt. # 42) is DENIED.

//

ORDER - 1

Dated this 18th day of May, 2026.

John H. Chun
United States District Judge

ORDER - 2